**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
APR -2 2019
JEFFREY P. COLWELL
CLERK

Civil Action No. ______________________
(To be supplied by the court)

Albert J. Lucero
______________________, Plaintiff

v.

Social Security Administration, Department of Social Services,
Claudia Herrera/Joseph Pacheco

Trinidad Police Department,
Pueblo County Sheriff's Department,

Jolleen Marie, Julian Michael Montano
Joe Allen Garcia,
Bent County Sheriff's Dpt, ICCS,
Johnson Assisted Living Home 403 W 13th
El Paso County Sheriff's Dpt ______, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

---

**PRISONER COMPLAINT**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

**A. PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by*

*filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Albert Lucero PCDC/337218, El Paso CJC/0301110, Sterling DOC # 182966
(Name, prisoner identification number, and complete mailing address)

______________________________
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____ Pretrial detainee
____ Civilly committed detainee
____ Immigration detainee
_x__ Convicted and sentenced state prisoner
____ Convicted and sentenced federal prisoner
_x__ Other: (*Please explain*) Appealing Jury Verdict Based on Insufficient Evidence during Trial Residing William Baine Div 22

**B. DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Social Security Administration
(Name, job title, and complete mailing address)

______________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _x__ Yes ___ No (*check one*). Briefly explain:

I was removed of Financial Security of SSI since 2002.

______________________________

Defendant 1 is being sued in his/her ___ individual and/or _x_ official capacity.

Defendant 2: Department of Social Services
(Name, job title, and complete mailing address)

______________________________

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _x__ Yes ___ No (*check one*). Briefly explain:

I was petrified of DSS removing me from custody of Mother when they influenced corruption/evil deeds causing wrongful death of Mother Aug 2008

Defendant 2 is being sued in his/her ___ individual and/or _x_ official capacity.

Defendant 3: PERA (Public Employee Retirement Association)
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _x__ Yes ___ No (*check one*). Briefly explain:

My half siblings Julian Michael Jr/Jolleen Marie Montano were paid $16,000 and responsible of wrongful death to Mother Joann V Lucero Aug 28, 2008

Defendant 3 is being sued in his/her ___ individual and/or _x_ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_x_ 42 U.S.C. § 1983 (state, county, and municipal defendants)

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___ Other: (*please identify*) ______________________

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert*

*additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Social Security Administration (SSA) (2002)

Supporting facts: I was removed from SSI in '02 after I was required to complete a 3-4 hour Psychological test at Holiday Inn before the name was changed to Quality Inn. I moved back in with my Father, Abel Castellano 1008 Victoria Sq, after I was pushed away from Spanish Peaks in Pueblo La Villa, who originally founded the housing, after finding out I was homeless and had to undergo intensive Mental Health/Therapy. Additionally Social Security Administration claimed I missed my appointments several times not caring to acknowledge my recent housing issues from place to place resulting in some of these episodes. I left my hometown Trinidad after I informed Spanish Peaks of my mental status. They Spanish Peaks found me a room at La Villa on Evans in 2009 was connected with Clinician Dan Department of Spanish Peaks and continued working with him in connection with Staff Janet/**Deidre Trujillo** from. I was unable to obtain reinstate my SSI checks. Unsuccessfully after more than 6-8 months at La Villa.

I was forced to return and reside at my Father's residence, managed to find employment through MacDonald's for 13 months. Started bumping heads with stepmother and younger sibling Brandon Castellano. Was forced to lose job moved out to stay at brother Julian Jr. Who is behind our Mother's death Aug 28 2008. While I was staying with my younger sibling, I had to intervene when him and Jessica Colangelo were disputing the fact I had no- where to go interrupting their private life, he intentionally grabbed a chair with wheels and attempted to throw at her while she was on the bed in the room where they were residing at. I called Spanish Peaks Mental Health to inform them that I was unstable and was transported to ATU in Pueblo, was discharged notified my Aunt Cathy Fernandez went to Springs resided with RJ Montgomery for 3 months.

I managed to get in touch with relative Frank Lucero from Pueblo when I was still dating Ms. Shauna Williams, both me and Ms Williams, Uncle Frank confirmed at the Social Security Administration I was eligible for not only SSI/SSDI survivor's benefits in addition to backpay since 2002. I was advised to fill out a (Med-9 form) to obtain immediate temporary AND until SSI checks were approved/reinstated. Relocated back to Pueblo with Ms. Shauna Williams found temporary housing for her at 403 W 13th. Street Pueblo, CO Johnson Assisted Living Home. The shelter in Pueblo. Losing patience every day. Having somewhere to reside and stabilize our housing situation , while I obtained my Financial Security through Social Security Income/SSDI., thus causing me to lose my chance to obtain my financial security. Causing me to get taken into custody for FelonyAssault/Menacing case with Mr. Englebert in 2015.

Little did I know that Ms. Williams attempted to separate from me, while she attempted to have her space I was on my own estimate of 4 months reunited and informed Ms. Williams that I had to pay Ms. Alice Manson somehow, and it resulted being separated by her, not knowing where Ms. Williams was at the time attempting to contact her daughter's biological father Mr. Eric Englebert during the beginning of May of 2015 found them together May 5 2015 on side of Pueblo Soup Kitchen where I originally caught my Assault/Menacing Case until I was informed by Shelter staff Ms Williams was safe and housed. Attempted to reach Ms Williams, I then inquired acquaintances Tasha Trujillo of Pueblo Colorado who knew little about our situation found out where the 2 parties were. Before I caught this Felony Assault case and separated with ex-spouse May 2 Shauna Williams, desperate to work on her relationship with her daughter's biological father, after being warned by Step Parent's Paul/Amy residing in Colorado Springs CO if Mrs. Williams managed to retrieve her child, the step-father would retaliate against Mrs. Williams. I was informed by Mrs. Williams intending to intimidate child's mother holding their child over the balcony upside down by child's ankle's/legs.

Taking matters into my own hands realizing how the Bureacracy and the flaws of the Court System. Taking the liberty of catching an assault case ***with Mr. Englebert having a prior injury in shoulder, refused to mention to MD at Parkview Hospital during incident. I then caught a Felony/Menacing using only my fists, got charged and pleaded guilty with Probation Dec 8, 2015 through Public Defender's Office.*** Having to deal with the extreme burden of being in custody for defending my stepdaughter and her mother, brainstorming ideas, attempting to plead incompetent, I was unsuccessful and still remained in custody, transported to the State Hospital in Pueblo for a week ½ before I was brought back to PCDC. Informed by a few inmates they were willing to help post my bond, ***Bobby Chapman, Anthony Blaise who now currently resides in New Mexico***. Failed to keep their promise. I finally gave in and accepted a Probation/Felony not realizing the consequences, I was released within 3 hours.

***Being unable to post bond***. I was forced to agree to the stipulations of Probation the 2nd time, by Shannon Haley to undergo Mental Health Treatment with Health Solutions in Pueblo, obtaining the wrong directions ending up at the Campus of Colorado State University and contacting Caseworker of my health condition left and obtained a cell phone to stay and have immediate contact with Caseworker. With having no stable housing, I found a friend in New Mexico that provided housing out of state. Little did I know the conditions of transferring my Probation out of state, *interstate compact with a sponsor/relative*.

I found a friend out of State New Mexico Brittany Horton where I had to go not having any immediate physical housing or shelter ***and intentionally finishing my Probation***, in addition of looking after my own health, ***not realizing that being and remaining in custody endangers/hinders my health the condition of my disability.*** Informed my Probation Officer Shannon Haley that I had no available resources perceiving that I was already out of state when I had called her, after several unsuccessful attempts of obtaining limited transportation within what the Court's allowed. I left and contacted Ms. Shannon Haley that I had founding housing out of state, that they were unable to provide bus passes being on limited resources, discussing issues with Supervisor, there was little to be done to help my situation.

I found Mental Health Treatment with Long–term sustainability, was informed that Judge Schwartz of Pueblo issued a warrant for my arrest for leaving state without proper approval, informed Probation Shannon Haley, I had to look after my Health. Apprently, that wasn't enough to pardon my sentence or warrant for arrest at the time. . Before I had been released on the PR Bond. I went out on pass. After I had left Colorado headed to New Mexico to stay and live with a friend in Alamogordo Brittany Horton. I had contacted my Caseworker Roseanna Torres at DSS in Pueblo, and to have my case of disability transferred to NM. I had been told by Probation Shannon Haley that Judge Schwartz issued a warrant for my arrest for leaving state without proper authorization.

Not knowing I had to retrieve an Interstate Compact and properly transfer my Probation out of state and have approval through that state. Within 2 weeks I was headed back to Colorado, on my way back, ***State Police received a tip I was picked up, on the side of highway between Albuquerque and Raton I was transported to the San Miguel Detention Center until I was transported back to PCDC. near hospital somewhere close to Santa Fe NM.*** In addition, to not only having to return to Colorado, I was brought back by Security Transport Service through the court.. I areed to participate and undergo drug/alcohol treatment at ICCS, little did I know I was still in custody. **I was regressed by ICCS following their inconsistences with their policies, for having a low BAC level and 2 positive UAs with THC plus a cell phone to have close contact with Caseworker Roseanna Torres from DSS in Pueblo.**

I left on pass a few times and the last 2 times, I had obtained access to my Qwest Card while on pass, retrieved my AND cash, and attempted to retrieve some additional nutritional vitamins to help replenish the nutrients that were missing. I was then transported to CJC from PCDC while I was in custody for a minor assault charge the DA decided to drop. I was put in the suicide ward/unit feeling extremely weak/flushed no strength at all. Informed the CJC officers, ignoring the situation, ***having nothing on except a suicide Velcro suit***, I was then examined by medical in CJC and transported to ER in Colorado

Springs.

Transported back to CJC within 30 minutes. Since then I've been experiencing extreme harsh cruel and unusual conditions in addition to my mobility issues being in custody. Finally obtained temporary (AND)Aid to the Needy Disabled/SNAP food stamps in Pueblo. I've informed my Caseworker of the conditions I was forced to be under while I was undergoing treatment at Intervention Community Corrections Services, that my health was on the line, having to dispatch paramedics and just being brought back within the hr transported by security of ICCS. I ended up collapsing in my room, moments later when I returned on pass having obtained wrong directions from Cecilia Cacaus Case Manager at ICCS. Not 3 months at ICCS I was confronted by Warden/Supervisor, within a few weeks, my Probation was violated and was transported back to PCDC. While I was in custody, in 4B with an inmate, having to defend myself against an inmate Brad Zemick, PCDC in my cell, making bad deals, endangering my safety and having poor health condition, with no ADA accommodations for a wheelchair at the time.

My health was hindered, endangered I informed officials and continued to be ignored until I assaulted the individual, was dragged out of cell, unable to walk, inmates who witnessed this, advised me to file a Class Action Lawsuit, officials attempted to break my wrist forcing to stand and walk. ***After I was found disputing my reasoning with the inmate, PCDC officials were informed repeatedly that I couldn't stand or walk to go ahead and break my wrist.*** I was allowed access by Pueblo County Court in a wheelchair in PCDC and CJC in Colorado Springs, from April 28, 2018 to December 5 2018. When I was transported to PCDC with a wheelchair with a (***female inmate Ms Gonzalez***) First Name unknown at this time.

I arrived at Sterling DOC still fully permanently disabled. I was taken into custody by Pueblo Police. ***(I feel that this must be EMPHASIZED), Before my probation was violated, and reinstated I was assigned a different a Probation Officer Mr. Nicholas Brown, on conditions that I undergo Mental Health Treatment and having to self-medicate with Cannabis coordinating with the Court of Pueblo***. El Paso acknowledged, that I was Self-Medicating and injesting Cannabis in process of obtaining a Medical Card *until Legal issues were resolved*. ***I was then granted a personal recognizance bond through the District Attorney with my Attorney, David Roth, where my original case resides. I then found my distant relative Ms. Crystal Fuentes, of Pueblo, and was housed by her. I was released a week or so later.***

I then made my apt with Nicholas Brown after being released, and met Ms. Claudia Herrera as I exited the Court House on South Elizabeth Pueblo Colorado. Not a week later, ***I was staying and living with Ms. Herrera, grew extremely intimate; settle down and joyfully conceive a child with her***, met her kids, family, allowing her father to live with her. Mr. Joseph Pacheco recently having heart surgery to live with her, not expecting him to assist her in paying any housing expenses. Observing the behavior patterns of Ms. Herrera's son Edward. Being later informed by the mother, her son attempted to stabbing/murder his mother, and grandfather, along with past tendencies of choking his sister.

In addition to refusing to listen to anyone. Being defiant, being wrongly advised by his mother/biological father ex-military who is deceased. Ending up living with Ms. Herrera for some time 7-8 months up until April 28th. Her father Mr. Pacheco, demanded that I pay him instead of helping Ms. Herrera with housing expenses, using his check on other non-related expenses at the time. His other daughter Mary Balzwell, confronted me of this issue, as we were exiting the Parkview Hospital. As Ms Balzwell and her sister Ms Herrera were disputing their differences while Mr. Pacheco was attempting to recover from his surgery. We were forced to obtain a motel for a week at Quality Inn. Stayed outside, a few nights. Got another Motel room for a few nights. We were forced to stay with my relative Crystal Fuentes, being recently evicted from Pueblo Housing allowing me to live with Ms. Herrera. Before obtaining verbal approval through Probation to leave town. Not being legally on the lease. Allowing us and the kids to stay with relative, Crystal insisted keeping the kids with her to keep warm during the night.

Witnessing the abusive behavior with her ex Grant Franco. Next morning attempted several times to confront the Parole office of Grant Franco, thus costing relative Crystal Fuentes her freedom ended resulting of being arrested after Mr. Franco refused to check in with his Parole Officer and charge his ankle monitor of his location. Determined to leave town, we removed the kids out of school, informing the

school secretary Mrs. Dorothy that things were not working out and had to relocate out of town. Waited patiently until both of us got paid, finally getting approval through Probation Mr. Brown, we obtained a ride to Colorado Springs. Found a Motel Room at Travel-Star on South Nevada., advised her to go soak in the bathtub, and advised her to go and correct her son since she didn't agree with me a few times. When she was in the right state-of-mind. Ms. Herrera started getting mentally distraught with her son's behavior causing her break down emotionally. In addition with having to carry her from the bathtub until she was coherent enough and cool down.

**Plus contacting my Aunt Cathy *several* times to help assist with her son's defiant hostile behavior**. I forced myself and sacrificed my PR Bond to do what I could and prevent Ms. Herrera from collapsing/dropping to the floor, resulting in being taken into custody with Pueblo County Court, child Edward was loose, and with the assistance of his mother, obtained a pair of vice grips that he attempted to use against me, and viciously attacked me that was ultimately used against me with my statement. ***Ultimately resulting in being punished with unusual cruelty with DOC, in addition to CJC, PCDC with it having serious impairment and mobility issues with my disability***. Having to file grievance after grievance. Not having any idea what must be said in the eyes of God, **I feel that I must be *emphasizing this urgent issue*** Appearing in Court in El Paso County and Pueblo County Court in a wheelchair because of poor nutrition and seriously hindering my health causing issues with housing.

When I returned back to Colorado April 2nd 2016. I made an emergency call to 911 from my cell phone having impaired abdominal pain and released from hospital hours later, determined to return to Colorado, was picked up by State Police went to with an anonymous tip I was on the side of the highway ***severely exhausted*** unable to walk and returned back in Custody at San Miguel detention center until I was transported by Security Transport and returned to PCDC within 3 weeks. I then accepted a deal to get released on conditions of Probation that I go through alcohol and drug treatment at Intervention Community Correction Services in Pueblo, little did I know I was still in custody of Court. I was allowed to go on passes leave property to be examined by MD in Pueblo.

Determined to stay in touch with Caseworker for my Disability Case Mrs. Roseanna Torres, notified her when I went out on pass the last time when I returned over 2 hrs later. Questioned by Case Manager Cecilia Cacaus/Probation Nicholas Brown. I was then confronted with 2 hot Urine Analysis's positive of THC and low BAC with a touch of Alcohol to help numb my excruciating back pain. Unable to self-medicate in ICCS, I was confronted by ICCS supervisor in addition to Case Manage and extending my time at ICCS until Supervisor regressed me with the assistance of violating probation. I was transported back to PCDC from ICCS. I attempted to stay in touch with my Caseworker, Mrs. Roseanna Torres at DSS (719-583-6831) and self-medicated with Cannabis when pharmaceutical medication didn't help.

My health is threatened and endangered how a civilian is mistreated in custody, I then informed officials and was constantly ignored until I assaulted the individual, was dragged out of my cell in 4B.Other inmates suggested that I file a complaint and a Class Action Lawsuit for the treatment of these facilities. Unable to file multiple grievances against (ICCS) notified my Caseworker of my urgent issues. In addition to having emergency issues at the South Colorado State University Campus. I ended up collapsing in my room, having to ***contact my Caseworker Mrs. Torres Supervisor at Department of Social Services informing her that I was severely exhausted and was forced to walk back. When I returned I was questioned by Probation Brown, in Case Manger Cecilia Cacaus's office at ICCS.*** Little did I know, being unaware that I was still in custody of the Court with Probation.

Feeling extremely weak and exhausted I notified ICCS staff, was transported to Parkview Hospital for the lack of poor nutrition, and weakness. I then convinced by Attorney David Roth 719 671 7822 to obtain a PR bond to get released when I was transported back to PCDC. I was granted a PR Bond through my Private Attorney David Roth in Pueblo Court. He then informed me the next time I went to court that he had a PR Bond granted. Having to use the floor at PCDC, until PCDC medical officers allowed me to use a wheelchair to attend court. *Not being aware of my health and disability, being in custody, greatly hinders my success and recovery.* I was released on PR bond from PCDC. My health continued to spiral

downhill. *I fully convinced my Attorney David Roth that I couldn't post my bond with very limited support.*

Being informed by other inmates in 4B when I was dragged by PCDC staff attempted to break my left wrist unable to walk, informing them, I was ignored by their colleagues, Mr. Brad Zemick threatened by health by making bad deals and attempted to clean the cell where we were housed with the water out of toilet and washed his hair, soaked his towel in the toilet and wash the walls and his bunk with it. . I was forced to defend myself against an inmate Brad Zemick making bad deals with other inmates in my cell in 4B. Instead of cleansing the housing unit/cell he was spreading germs that was hindering our health. Failing to recognize what he was doing, I had to address the issue several times to him. Failing to notice I lost my patience. I was moved out after I assaulted him. Taking matters into my own hands, my left wrist was attempted to be broken by PCDC officers informing them they had to move one of us. Classifications of PCDC ignored the requests. *Not only Mr. Field's, Adrian Rodriguez, Joseph G. Chavez, Manuel Aragon, later on Dec 5 2018, being transported to PCDC in a wheelchair. (female inmate Ms. Gonzalez) who also witnessed this while being transported and housed at PCDC.*

Arthur Fields' who is currently serving time in Sterling DOC repeatedly advised me to file a formal complaint against Colorado Sterling DOC for cruel and unusual punishment. Being found a few times in 4B exposing my body to a PCDC officer Bond unable to stand up. I came in contact with Mrs. Claudia Herrera exiting the Courthouse 501 N. Elizabeth exchanged numbers. Started living with her, before she risked the chance of being evicted from Pueblo Housing for allowing me to live with her, having her father go through heart surgery at the time. Supporting him throughout the process and recovery, refusing to assist with housing expenses of his daughter Ms. Herrera forcing me to pay him instead and assisting his daughter with expenses and aid in raising her children. Unaware of being behind her son's evil/defiant behavior, having past tendencies of stabbing his mother, and choking his sister with the influence of his mother, biological father retired military and survivor's benefits for the children and grandfather Mr. Pacheco. Willing to sign her rights of custody over to me becoming very intimate confiding in me

When I was transported from CJC to PCDC after I was sentenced and mistakenly found guilty of Child Abuse in El Paso County November 28 2018 with Ms Herrera and Father Mr. Pacheco appearing, I joined (***Ms. Gonzalez***) who was writ-ted down to PCDC for court. Being aware of my confinement and our cases. I was allowed access by Pueblo County Court in a wheelchair in PCDC and CJC from Apr 28 to Dec 26 until I was transported to DRDC. I arrived at Sterling DOC still fully permanently disabled. Unable to access a wheelchair through Medical and with no Confirmation of my disability through an outside medical provider. In addition to not reaching my Caseworker Mrs. Torres of my current situation and managed to reach her once at PCDC before I was transported to DRDC 12/26/2018.

***Needing to emphasize this enormous issue with both of my and Ms. Gonzalez's cases. The Bureacracy of the Justice system is not only beyond corrupted officials, but how a citizen is treated within these walls being in custody a person cannot seem to understand, confined from the community of society, beyond immoral and defined by society and humans.*** When I was with Ms. Shauna Williams I had an apt with MD Pauline Castillo Primary Care to inform me of what was wrong with my chronic pain in lower back. She had told me that it was **sclerosis/cancer**, refusing to let Ms. Williams know about my health was unacceptable. Throughout the whole time, I was self-medicating ingesting cannabis before I had caught this Assault case in Pueblo County.

The DA here in Pueblo/El Paso County had claims I've missed close to a dozen randomly called UA's the probation department signed me up with. According to policy of being released on probation. Random UA's were not a condition of my probation originally. Until I was reinstated the 2nd time. My probation was reinstated on conditions of completing 90 days of a drug and alcohol START program through ICCS, ***little did I know because of how the meals are provided through these places, (my health condition started giving me problems). Feeling extremely weak I had staff member Wendy contact Emergency dispatch 911 my face was beyond flushed couldn't stand much less walk. Coming back on pass with the wrong directions***. Because of my living situation, Ms. Herrera allowed me to stay and live with her become a father figure, and an intimate relationship to help support her

financially/emotionally/physically. We got caught up confiding in each other physically/emotionally.

Ms. Herrera made a courageous move of being evicted to have a Father figure/role model in her kid's life. And willing to sign her rights' over to me joyfully and gracefully have custody of the children. Refusing to give up the kids' to anyone including and especially her brother-in-law Carlos who resides in Pueblo with Mary Balzwell. I urgently told Department of Social Services to remove the children out of her immediate care, being unfit parent/mother to those kids. I then got confronted by Honorable Jamy Vigil of the Custody of the children in El Paso County. And confirmed that I'm not the biological father.

That they are better off where they're residing or in my personal care. My cousin Crystal Fuentes helped us when we had no place to go and after we had to leave/check out of a motel up north of Pueblo. Risking the chance of being evicted from Pueblo Housing of not having me on the Lease. While I was with perhaps dating Ms Herrera ***we've made several attempts reaching out to Law Enforcement***, with Ms. Herrera allowing me to live and date her, determined to find a role model and a loving God fearing Fiance, besides having to stay with my cousin Ms. Crystal Fuentes in Pueblo, risking the chance of being evicted from housing for allowing me to live with Ms. Herrera. Having to deal with verbal mistreatment of her neighbors next door, insisted on leaving since she had been evicted afterwards, the reason behind being rejected and questioned by authorities and by her neighbor on how the child Edward Herrera was being treated before her neighbor and included parties were evicted. Relocated to Colorado Springs, after being released from PCDC being regressed from ICCS before my back started causing severe symptoms, unable to use a wheelchair while in custody at DRDC or here at Sterling DOC.

I forced myself to keep my Caseworker Mrs. Torres informed of my situation and only managed to contact her once at PCDC before I was transported to DRDC Dec 26th 2018. Before I was later transported to DOC January 15 2019. Having to file grievances the whole way. In addition to have extreme issues retrieving supplies to inform my Lawyer Darren Cantor about these unresolved issues, while I remain in custody. I must emphasize this, I'm extremely adamant about not only being helpful justifying the evil deeds of this bureaucratic corruption how foul and fallen our world really is, between these detention facilities. Along with not allowing to dispute my case and my 1st time having to appeal this case of mine. The Post Sentence Investigation Report what a minor flaw or deception to give me false hope, did no good to help influence the Judge of my innocence, but to sentence me here to DOC.

Before I caught this Assault case in Pueblo. When I was at CJC the 2nd time I was in the suicide ward, feelings flushed/extremely weak, parts of my body was accidently exposed, due to poor nourishment Informing the guards when count time was due, having nothing on except a green Velcro suicide suit on that didn't stay intact forcing a catheter into my bladder at the hospital with ½ hr time length I was transported back to CJC. As I felt very weak barely able to sit up or stand at the time. Same incident occurred at ICCS when Staff Wendy, notified ER with similar symptoms, before I was officially regressed and returned back to PCDC. The perception of how the Judicial System is and the corruption that lays within its boundaries. I refuse to jeopardize my housing or Freedom for the evil demonic or influence that the 9yr old caused me to be in this situation. My Attorney out of Pueblo David Roth attempted to convince the DA in Pueblo being regressed from ICCS, to release me from custody on a PR Bond, because of my serious physical impairment.

Having to witness the Bureaucracy/Corruption within the system. *Having to really consider I was on a Granted PR bond and gracefully helped Ms Herrera.* Between getting side-tracked with sustaining housing, making my appointments with Health Solutions in Pueblo, and enrolling into Aspen Pointe in Colorado Springs and assisting Ms. Herrera with her kids, in addition to taking my prescribed medication by Mental Health/Health Solutions/Spanish Peaks. I got tangled up with multiple issues. In addition to advising DSS from El Paso inquiring the safety of Mother/daughter, not caring to realize the fact being her dad, Mother playing victim in my El Paso case CR2447 and the children biological and deceased military father for the immoral advice that was given to both children. For defending Ms. Herrera/daughter from her son/brother. Not acknowledging the fact that Ms. Herrera/Mr. Pacheco remains to be the culprit to her child/grandchild's demonic behavior. The 1st chance I get on sending this Legal Complaint out to you. I was not born to be a statistic or punished to this extreme, along with the consensus of civilians who

experience similar treatment of being found mistakenly convicted by Jury of the Court.

In regards to the record that Mr. Honorable Baine has plus in addition to be swept clean, truth be told, news networks are covering this up, like nothing is going on. How foul can our system really be. It in turn is creating an anarchy, instead of a democracy. What kind of civilization do we live in. I then intentionally explained to my Case Manager Mrs. Donna Tavenner 1/25/2019, being helpless at 6yrs old, my mother was helpless having a knife to her throat laying on the couch where we were living at the time, and my stepfather ran jumped off my mother and ripped the phone cord out of the wall and fled to his mom/dad's place in Segundo Colorado when I was 6yrs old. ***Having no sympathy or pity on my soul, I must emphasize these urgent issues, addressed these matters to Mr. John Wondersy on voicemail, and not only my statement while I was in custody at CJC. Ms Herrera freed up her son allowing him to roam freely and obtain a pair of vice grips from the front of RV to defend both him and his mother from an (empty threat). After allegedly pleading for my assistance.*** *Having to defend myself against both individuals covering my face and repeatedly telling her I didn't have her card and preventing her from collapsing on the floor on top of her daughter inside the RV.*

Leaving the scene, to call my ***Aunt Cathy Fernandez and refused to testify on my behalf. Thus causing me to remain incarcerated, sentenced to DOC for further punishment.***an eviction notice weeks later. Knowing that her dad Mr. Pacheco was in progress of recovering of heart surgery, we were confronted of expenses, refusing to help assist his daughter, he demanded me to pay him instead of assisting his daughter and raising her kids. I had brought Ms Herrera and the kids to my cousin Crystal and welcoming them with open arms.

Ms. Fuentes kept the kids with her and kept them warm in the vehicle while her boyfriend Mr. Grant Franco continued with his horrendous, sociopathic behavior with Ms. Fuentes, forcing the kids to witness the abusive behavior, came back and informed their mother Ms Herrera. When I heard of this incident, I informed the Parole Office of the behavior of Mr. Franco and refusing to deal with him, and violate my PR Bond. Ms Herrera insisted on leaving Pueblo and removing the kids out of school and intentionally putting them in school after we left Pueblo to Colorado Springs. We got a room for a week at Travel Star, and at Sun Springs on South Nevada.

Ms. Herrera started stressing out over defiance of her son, and having emotional issues one night, I advised her we don't need to go to hospital and be seen. I also advised her to soak in the tub, and having to carry her afterwards to bed, covered her and had her daughter lay with her until she was conscious/coherent enough to sustain herself, having to notify my Aunt Cathy on several occasions and taking her son to her place, determined to enroll the kids back into school immediately, being unsuccessful on that goal. After we went to the hospital one night to Memorial North/South to be further examined of enormous abdominal pain, she was examined thoroughly with tissue inside her reproductive system. We later found a friend Herbert Meadows who helped us with a motel room for a week, seeing us on the side of Las Vegas St heading east, and after took us to his place for 2 days.

Herbert Meadow ended up assisting us obtaining an RV that he repossessed on his own after a dispute with his Aunt regarding us and the kids. Ms. Herrera out of anger, intentionally accused me of holding a gun to her head and threatening her that if she left me, I would kill her and her kids, cut her with a knife with no DNA/fingerprints the DA or CSPD. They were unable to retrieve while an illegal search and seizure was granted by the Judge William Baine, resulting in my arrest, violating my PR Bond, supposedly armed and extremely dangerous, in addition to impounding my RV. When Ms. Herrera accused me of cutting her thumb with a knife the PD found inside the RV, pair of socks, verbally threatening her that I would kill her and the kids if she were to leave me. With no fingerprints or DNA the PD was unable to find, in addition to the Illegal Search and Seizure and possession of our RV to impound.

I was also accused of restraining her son or **hog tying her son, where I either mysteriously somehow put a piece of clothing in his mouth to help prevent him from causing a scene but destroying the RV or breaking things and injuring himself or his sister/Mother. Unable to restrain her son with her right hand being bandaged up by Homeless Clinic MD Greg after assisting me with a flashlight. Her right hand slipped dropped the phone, her hand hitting the hood.** ***She desperately***

***crying for help in her eyes, to assist with her son, gently put him on the couch/bed by the door, had him restrained enough to help assist his mother from collapsing from being mentally distraught. Ms. Herrera was sitting right beside me when this occurred. I then advised her to sit down, and she insisted on standing up, and after the child rolled off the bed/couch, I then rushed to him and put him back on, and begged Ms. Herrera to sit down and she finally being unconscious of the stress with her son, the daughter started to panic and informed her daughter to stay calm and stand next to her mother, that mommy is worked up stressed out over brother how he is acting.***

***I then took off attempting to notify my aunt of the incident, after the kids were escorted by neighbors across the street and Ms. Herrera went along until CSPD arrived. I was unable to reach my aunt until later that evening when I arrived back at the RV. Within moments or minutes of coming back.*** *I then replaced the battery with her phone that she left and her sister had been trying to reach me and told her that her nephew was acting up, that her and the kids had went to the hospital. I hung up and finally reached my Aunt* ***I noticed I was surrounded by CSPD, knew right then and there I am violated my PR Bond,*** *I begged my Aunt to contact Herbert and see if he can post my Bond, unable to reach him several times. Up to now, I remain in Custody not at CJC, or PCDC but Sterling DOC for falsely convicting me of Child Abuse with no Sufficient Evidnce. After told Ms. Herrera that I was going to shut the phone off if she were to leave and that she needed help or counseling* ***and whatever Ms. Herrera told CSPD, were compulsive lies, and had told her that she had nothing on me to begin with.***

***Good thing I wasn't changing or fully exposed without clothing. I surrendered with a female CSPD officer. I was mistakenly convicted and sentenced.*** I then started staying with Ms. Herrera, involving her kids and dad, allowing her father having heart surgery, started observing defiant behavior issues with her 9yr old son Edward refusing to listen, finding out that her 2 kid's biological father influenced his kids with bad advice that they don't need to listen to anyone. Having tantrum issues, in addition to being defiant, choking his sister countless times, forcing her to play with him, stabbing his mother, and Grandfather Mr. Pacheco, advising his grandkids also of the same advice. After staying and end up living with Ms. Herrera for some time, Pueblo Housing ended up evicting her because of me not being on the lease. Her father Mr. Pacheco insisted and demanded that I pay him instead of helping his daughter with living expenses.

His other daughter Mary Balzwell confronted me of this issue with me as we were leaving the Parkview Hospital and her sister were verbally having a disagreement at the time when their father Mr. Pacheco was recovering from Surgery. Before obtaining verbal approval through Probation to leave town. We were staying with my cousin Crystal, until she took us in kept the 2 kids with her. Her abusive boyfriend Grant Franco who was recently released from DOC with a violent and horrendous record not only Ms. Herrera testified to, but several others as well, including the Parole Board, started physically abusing my cousin Crystal while we were staying at her camp. Allowing me and the mother/Ms. Herrera to stay at her camp, Crystal kept the 2 kids with her and her abusive boyfriend together after we had left the motel room before we had no-where to go, after being evicted from housing, confronting Grant in front of me when both of me and Ms. Herrera were staying warm in the camp, kids coming back to inform their mother, and having to contact the Parole Office confronting them about the behavior of Grant and was informed that he was close to finishing his Parole not caring to acknowledge the injustice that they themselves are provoking.

We, myself and Ms. Herrera noticing Mr. Franco obtaining a ride with the same bus we were on one morning while the kids (Emily, Edward Herrera) were in school and told us both in hopes he wouldn't catch us or me by ourselves. While we were together, both of us made several attempts along with her Aunt Rosemary Mr. Joseph Pacheco's sister to obtain resources regards to the defiant behavior of her child/son Edward, the Sheriff's Department told us the scared straight program that it was considered a liability. We were forced to wait til the beginning of April to leave so we can pay for a motel room and immediately enroll the kids in school. In the middle of this, I've been struggling without my Financial Security of SSI/SSDI from SSA from birth. In addition to my mother passing away of wrongful death back in 2008 at Parkview Hospital. In regards to SSA requiring me to having a valid Med-9 form filed. I came

down to Pueblo with Ms. Williams when we were together and struggling without housing and no resources in Colorado Springs or Pueblo. I informed Ms. Williams when we separated the 1st time that when I went to obtain food after being escorted off Marion House property one morning, having to find food somewhere because of her being hypoglycemic, I didn't know where to turn.

Didn't have the slightest idea of what to do at the time. Having found someone to assist with resolving our temporary issue. ***I feel that this must be re-emphasized several times, I am very adamant about everything that has been mentioned, be brought to up to highest court.***

Not caring to acknowledge I had no-where to stay the whole time I was released on Probation. Not having a suitable environment of address for housing. I managed to stay in touch with Probation and Caseworker of where I was at the whole time. Not only having my freedom, but considering that I informed and took proper measures to contact Probation, and ***especially my Caseworker of my situation.*** I am now sentenced to DOC and intentionally convinced the DA's office that yes I missed a few random times of calling in to the call center and find out if I had to have a UA that day.

They were misinformed by Health Solutions. I was supposed to be enrolled in some kind of program that I was unaware of. Dec 7 2018. *After I was brought down from CJC with another* ***female inmate Ms. Gonzalez*** *who was being writ-ted down to PCDC for a court hearing. Witnessed where she was housed at in booking with other female inmates waiting to be housed in PCDC until her appearance in Court.* Determined to leave town and go north, we removed the kids from school, a few days later and left after both of us got paid monthly from our monthly Checks/Disability of kids' biological father who is deceased from military, found a motel room at Travel Star on S. Nevada in Colorado Springs. Ms. Herrera started stressing out over the defiance of her son, and having emotional issues one night, I advised her we don't need to go to hospital and be seen.

I also advised her to soak in the bath tub, carrying her uncovered to the bed afterwards, covered her and had her daughter lay with her until she was coherent enough to sustain herself, having to notify my Aunt Cathy on several occasions to help stabilize her son and calm him down, advising both kids writing essays of that he will obey both his mother and me, in addition to being determined of enrolling the kids in school immediately after relocating to El Paso County. Unable to contact Herbert Meadows at the time, we were unsuccessful at that goal. Witnessing the bureaucracy/corruption of this judicial system, advising DSS from El Paso inquiring the safety of the children, I sacrificed my PR Bond defending Ms. Herrera and her daughter from collapsing on the floor perhaps on top of her daughter, forcing me to leave the scene/RV and immediately notify my Aunt Cathy of what had happened. Having been found mistakenly convicted, in addition to dealing with my physical disability. After we went to the hospital one night to Memorial North/South to be further examined of enormous abdominal pain, ***she was examined thoroughly with nurses to investigate her reproductive system crying out in agony, being emotionally and physically distraught crying out in extreme agony of the pain.***

We were then discharged from the Hospital, found a friend that helped us with a motel room for a week, then took us in for 2 days, ***Herbert Meadows 1520 Luna Vista Colorado Springs and ended up assisting us repossessing with an RV that he had to repossess after running into a verbal dispute with his Aunt.*** We then relocated downtown Springs by the Salvation Army on Sierra Madre. Then moved the RV up the street, at 621. Sierra Madre, where this incident originally occurred with the Child Abuse and the DV in the RV.

According to the *District Attorney's office I was found and convicted of not restraining her son Edward but,* ***to the extreme of stuffing some kind of clothing in his mouth to prevent him from causing a scene or being extremely loud and out of control.*** *With no control over her own son and causing the child's bad behavior unable to use both hands. After politely assisting me with her flashlight putting the battery of RV back where it belonged, her right hand was bandaged up by MD Greg of Homeless Clinic, her right hand slipped dropped the phone her hand hitting the hood, she desperately look at me to assist her with restraining her son Friday evening. I gave in and went to relieve her, not knowing her intentions of her informing the CSPD that I held a gun to her head and supposively threatened her, contrary to her statement in the CSPD report I gladly assisted her, gently put him on the couch, bed by the door, had him*

*restrained enough to assist his mother from collapsing on the floor possibly falling over her daughter over the emotional issue. Ms. Herrera was sitting right beside me when this occurred*

I then ***advised*** her to sit down, and she insisted on standing up and after the child rolled off the bed/couch, I then gently put him back on it, I could've done different, but I wasn't able to assist his believe mother of keeping her coherent for the 3 of them, perhaps I wouldn't be in this position otherwise.

I verbally begged Ms. Herrera to sit down and she gave in finally being unconscious of the stress of her son, the daughter starting panicking and informed her daughter to stay with her mother and that she is very worked up, because of her brother's bad and demonically possessed wrongly influenced by his mother, biological deceased father and grandfather. I specifically told Ms. Herrera I was going to shut off the phone and that she can obtain one on her own, being they were under my name.

And advised her she needed counseling. They fled the scene as if I was the suspect, I attempted to lock the RV, attempted to notify my Aunt of the incident, unable to reach her several times. Until hours later when I returned to the RV. When I did report back to the RV, within 13-15 of being inside the RV, I was surrounded by CSPD. I was defined as uncooperative, and surrounded as though I was running or defined as a dangerous criminal with a weapon, when I was found with my keys, phone, and miscellaneous cards. A pocket knife, a pair of socks that un-mistakenly found underneath the bed as a person enters the RV. With no saliva/DNA sample, that were found and remains inconsistent to the evidence to my conviction. I adamantly pray in the **Eyes of God and (emphasize the importance) of this Complaint I am writing to you.** For the record, Lt Younger/Shift Leader informed me of possibly getting moved elsewhere because of my comments towards staff at DOC after my recent visit/schedule apt with Ms. Privat of Mental Health. I firmly believe that the Judge's decision on punishment with DOC, far exceeds the amount of punishment for my crime.

What extent must I go with this complaint, I leave this in God's hands. And go in Faith. That God will direct your steps to obtaining Justice. I am not a Psychopath, murderer, terrorist, pedophile, stalker, serial killer to be physically removed from the community or society as a whole. My freedom was on the line risking my PR Bond to be violated. A tip was made to CSPD, that when I returned, not knowing I was surrounded like I was a terrorist, I had switched the phone batteries and her sister Mary reached me once the phone was on, I informed her that the kids especially her nephew Edward was acting up, refusing to listen, and they might be at the hospital. Phone died and after the battery was switched, I managed to reach my Aunt Cathy and begged her to either post my bond or reach Herbert Meadows hoping he can help, unable to reach him and that my Aunt isn't as reliable as much as I thought she was. Being denied my freedom because of the Felony presently on my record. With little to no resources when I originally took the Felony Menacing Probation from DA back on December 8 2015.

I didn't run anywhere. PCDC officials Deputy Rodriguez, Kiefer, all their colleagues, Sgt Martino, Martinez resulted the causes of my physical problems while I was in their custody at PCDC. Not caring to acknowledge of my condition/disability or how serious I am, how much damage to my physical body they've cased. My own Physician Pauline Castillo Primary Care refuses to support my disability. I firmly truly believe I did nothing wrong to deserve this punishment after being forced verbally by assisting Ms. Herrera Apr 28 before I was surrounded by CSPD.

I surrendered and was taken in being entirely cooperative by a female officer when I did surrender. Later finding out that my bond was set at $15,000. Plus having a ($2500 Cash-Only) Probation Hold in Pueblo. My Attorney John Wondersy came and attempted to investigate what had happened why I was in custody. Having to falsely confide in him. Having to file complaints against him and Judge William Baine through the Commissioner's office with the Supreme Court, wondering why he was handling my case. Attempted to reach out to the ACLU, News 1st/13, ADA, David Lane, Michael Becker both in Denver unfortunately was turned down refusing to take my case with this civil suit, in addition to reaching out to my friend in New Mexico when I originally violated my 1st Probation term for leaving state to obtain housing.

Brittany Horton who resides in Alamogordo 1102 Fillmore. I found that gracefully took me in, and forced me to wait until around the 15th of March to head her way, and determined to find Mental Health Counseling out of State in New Mexico. I reach Mr. Michael Becker from CJC and Pueblo, his secretary informed me that they will required a $10-15000 retainer fee in which I didn't have at the time. When I was transported from CJC with a ***(female inmate Ms. Gonzalez being transported on a writ).*** I've made several attempts to write the News 1st/13 in hopes that God will somehow intervene and clear my name of this legal dispute.

I am guilty of being a believer and a faithful fiancé defending Ms. Herrera and her daughter Emily, Ms. Williams and her daughter Halei. ?It's certainly not a crime in the eyes of god, is it??? Because of my serious Learning Disorder (Dysgraphia), in addition to being co-dependent.

It greatly impairs my social skills. I've been through 3 different disability Attorney's especially Diane Bross, unfortunately no light of hope in my tunnel yet. Truthfully, I wasn't expecting to catch this case of DV/child abuse against Claudia Herrera unable to discipline her kids, gracefully assisting her with expenses and raising her kids being fooled and taken in by her love, finally having housing besides being very intimate with Ms. Herrera. Consequently resulting being punished here with DOC. Having to grieve my Case Manager Mrs. Taveneer here at Sterling DOC in CO. Having to explain myself and my case to you and an offender in here. My Learning Disorder severely impacts my psychological lifestyle, in addition to my physical ailment in my lower back. Unable to have access to a wheelchair until further notice through the grievance process. I assure you I did nothing wrong to deserve such extreme punishment by the El Paso CR2447/Pueblo Court.

Contrary to my right's being non-existent right now. Because of my Learning Disorder (Dysgraphia) the punishment that is being held against my soul as I sit here putting these words into your minds. 7 months at CJC, Dec 5-26 at PCDC, then DRDC. Close to 3 months at ICCS, under nourished and regressed, being forced to go see ER from ICCS recently before I was released from PCDC on a PR Bond from Pueblo Court DA's office. When I was taken into custody by CSPD female officer Apr 28th, my RV was raided by the permission of Ms. Herrera in hopes of finding a weapon of some sort. Being granted with Probable Cause by the Judge over my El Paso Case. With very limited resources from Pueblo, Colorado Springs with no support. My cousin Crystal Fuentes with the assistance of a friend of New Mexico. I would encourage you to recognize such individuals. As I sit here recently transported from DRDC to Sterling DOC, to finish my short sentence, and Pray that God will find favor in both of our cases.

I am being extremely punished not only through detention through CJC, PCDC but DOC ultimately what will this solve? I don't believe and think that I need to impress society in any way be completing classes like Drug/Alcohol or Rehab of any kind to remain in the community of my choice to be considered a civilian instead of being labeled a criminal. Ms. Herrera, and Ms. Brittany Horton in Alamogordo NM are the only 2 individuals who took me in. Except Ms. Herrera and I got especially intimate and considered marriage. Besides my cousin Crystal Fuentes. ***A dear friend Ms. Gonzalez, I cared to mention a few times already.*** I've made several attempts to Legal Aid, News 1st/13, and no responses, contrary to the large mass of letters from inmates like myself. Until I am either accepted to Community Corrections within Colorado, or my Parole, perhaps my Appeal, released to further fulfill my goals/ambitions, in addition to Long Term Mental Health Therapy. Although the Court is seeing this differently in their perspective. By reacting differently on how a child should be corrected by their parents or foster/adoptive parents or contrary to what God commands us in his word.

I was denied a different attorney before my Trial what the reason was besides on possible prejudice boundaries, remains unknown. In addition to racial profiling and incarcerating civilians for the gluttony of Mammon/money to meet the State's Quota. Civilians are incarcerated left and right. With that said, having absolutely no intention on returning and being punished to this extreme. Thus causing Complaints/Lawsuits being filed by inmates/prisoner's everywhere. *I am writing this on behalf of my own Freedom that I personally value and cherish wholeheartedly.* Unfortunately and by mistake I was found convicted by Jury of something I didn't ultimately do or say. Thus causing Ms. Herrera to care for her

Father single-handedly without her children present. Between my beloved friend(s) ***Denise N. Hartman/Romero of Colorado Springs, Marliese Lechuga of New Mexico, and especially Ms. Gonzalez.*** Our help from you remains urgently vital not only from you, the News network as well. Sadly we are misunderstood. The Judicial Courts have the wrong impression of us civilians to forcefully meet their quota, to lose our rights by waiving them to prove our innocence during Trial in Court. Until community corrections accepts me or Parole reviews my case by the time you receive this Civil Prisoner Complaint.

Consequently, *this Felony has created and continues to wreak havoc on my soul*, truth be told I didn't have a choice unless I left the decision up to Ms. Herrera when her right hand was bandaged up for assisting me, and not leaving and forcing her to deal with her son on her own. If this is even considered False Imprisonment for arresting me for Child abuse, and for Ms. Herrera being unable to restrain or even discipline her own child, but influencing the bad behavior, along with her dad and their biological deceased Father who was in the military. Born and surviving in a fallen world, the civilization we live in. I refuse to jeopardize my housing, or freedom for the Corruption of the Demonic Influence that exists in the media today that caused me to be in this kind of horrific situation.

What could've I done differently? With Ms. Herrera being mentally distraught, incoherent, refusing to take my advice when she wasn't in her right state of mind at the time, when her son was being viciously violent or hostile towards his sister or mother. I could've restrained him or held him down with my arms. But then I was unable to assist his beloved mother of keeping her coherent for herself, daughter and perhaps a better intimate relationship obedient son/child. Then I wouldn't personally be held accountable for this accused falsely convicted crime and ultimately sentenced here at DOC in the first place. Since then, truthfully I feel that my probation should've been reinstated, instead it was revoked and was sentenced to DOC for 2-4 years. For being found mistakenly convicted of Child Abuse.

Friday before the 2 day Trial, My Attorney John Wondersy had the audacity to ask me if I had stuffed a piece of clothing in Mr. Herrera's mouth. Unexpectedly having confidence that Mr. Wondersy and his colleague convinced the Jury that I was and remain ***innocent of these charges.*** But gracefully assisted Ms. Herrera not knowing her intentions that I increased her anger enough to remain coherent enough to loosen her son up from being restrained, allowing him to obtain a pair of vice grips and assist her to both attack me not once, several times forcing myself to block my face and reaching in my back pocket and attempting to grab her card that I didn't have, not knowing where she placed it last. I kept my story and had no reason to lie. I tried explaining this to my case manager Mrs. Tavenner, that my mother was held down helpless when I was 6yrs. old one of the cons of discussing my past/record with C. M. we are constantly disputing our differences and have filed grievances with Supervisor. After explaining my stepdad holding my mother helpless with a knife to her throat laying on the couch where we were living at the time, and my stepfather jumped off my mother and ripped the phone cord out of the wall, and fled to his mom/dad's place of residence in Segundo Colorado.

Ms. Herrera made a courageous move of being evicted from housing for allowing to live with her and possibly become a Father/Husband in her life. And telling me that she was willing to sign her right's over to me having full custody of the children. Refusing to give up the kids to anyone. I later informed Department of Social Services to immediately remove the kids from her care, being unfit parent. After I was arrested, the RV was later searched and impounded by CSPD. Deputy Rodriquez, Kiefer, all their colleagues, Sgt. Martino, Martinez at PCDC amounted to the problems I currently experience along with CJC, with several other inmates. Having no pity of the damage they caused or how serious of pain I'm having to deal with on a daily basis. My own MD Pauline Castillo Primary Care refused to support my Disability. I firmly believe I did nothing wrong to deserve this punishment after being ordered verbally to assist Ms. Herrera April 28, 2018 before she allegedly and compulsively lied to CSPD.

For the record, I have no reason to run anywhere. I've made several attempts to contact my Aunt Cathy several times, until I returned hours later. I reported back to the RV. Yes I am guilty of being a devout believer of God how he created the universe, and a Faithful fiancé defending Ms. Herrera, her daughter Emily and my ex-spouse Ms. Williams and her daughter Halei. ? It's certainly not a crime in the

eyes of God, is it ??? Because of my serious impaired Learning Disorder. In addition to being co-dependent. I've been through 3 different disability attorney's including Diane Bross, unfortunately no light of hope in my tunnel still, *unreliable, Pro Bono unfortunately, and unsuccessfully still I remain incomprehensive as to why I remain in custody over how fallen this world really is and remains. Determined to reach out to you through Legal Aide, My Attorney David Roth, unable to reach anyone. Contrary to the large mass of letters/civil suits against CO, inquiring legal assistance, into my possession. Having to get examined through hospitals from CJC, ICCS, feeling malnourished, having my rights stripped out of my hands in regards to this only Felony. How can a person possibly explain any of this corruption, works of the dark side, evil deeds of the judicial system.*

For the record arrival date 1/15 at Sterling DOC, refused to break my neck and be housed up-stairs in Unit 24. I was then escorted by 1-2 DOC officials **(Ms. Andrews/Ms. Cavaro)** who also needs recognition for her hard work and her colleague down to Unit 5further restrained and stripped to nothing by more than 5 DOC officials. Unable to have any (REAL) hope with Case Manager Ms. Tavenner for any professional support.Clearly wasn't expecting to catch this case of DV/child abuse against my adversary Ms. Herrera unable to control her kids, kindly assisting her with expenses and raising her kids and having housing. I am being punished not only through Detention of CJC, PCDC but Court Sentence of DOC.

What will this solve with no evidence. I don't believe that I need to impress society in any way by completing classes like Anger Management or Drug/Alcohol Rehab to reenter the community. Ms. Herrera and Ms. Brittany Horton in Alamogordo NM are the only 2 individuals who took the chance on helping me with housing with their home of residence, besides my beloved relative Crystal Fuentes of Pueblo. My beloved friend Ms. Gonzales who I mentioned earlier, is also aware or should be aware of my condition. I've attempted to reach out to the News Network 1st, 13, and ***clearly no responses***, contrary to the large mass of letters from inmates alike everywhere in CO. I'm being held in custody until my sentence is finished or Community Corrections accepts my file, and released to benefit myself and my health, to further fulfill my long term goals of Mental Health Treatment. And for the simple fact of clearing my name and remaining innocent of these accusations of Ms Herrera and taking this case to Trial. Remaining confident that he was going to convince the Jury at Trial contrary to what Ms. Herrera stated in her testimony to CSPD, because of her compulsive lies to CSPD/Jury under oath. A female acquaintance Alice Manson came to mind, this individual we met at the Springs Rescue Mission (SRM) unfortunately helped with food and didn't expect anything in return.

Little did this individual know that she was being lustful towards me. I felt I had to pay her back somehow, I pulled her to a side and gave her a payment with a kiss. Little did I know, when I felt that I had to be truthful and honest informed when Ms. Williams had separated and we re-united. I informed her that when Ms. Alice went and got the food, I had no way of paying her no other way. ***I returned with the food from the individual of Colorado Springs, Ms. Alice Manson.*** She then contacted her daughter's dad, and she wasn't around until May 5, 2015 when I witnessed and caught the Assault/Menacing Felony case with Mr. Englebert, when both of them showed up at the Pueblo Community Soup Kitchen through the Alley.

Being ***Co-Dependent, extremely punished in a cruel and unusual way physically, psychologically with my Impaired Learning Disorder.*** *Having to go through 3 different lawyers for my disability settlement along with this Civil Complaint.* Filing grievances, in addition to several attempts to reach out to ACLU, ADA, and Michael Becker, thus requiring me to pay a retainer fee not guaranteeing me to take my case, possibly a PRO Bono. Having to deal with my Physical Ailment in my lower back. Unable to access a wheelchair until ADA approves my disability through my Caseworker at DSS or ultimately informing you of my unresolved issues. In addition I still currently don't see any light in my tunnel in redeeming my Freedom, plus racial profiling in Court, incarcerating civilians for the gluttony of and the lust of Mammon/money meeting the State's Quota, civilians are being arrested left and right. I have no intention on being detained any further with your exquisite assistance.

Refusing to get moved closer to Dining Hall. ADA or outside support from my MD Pauline Castillo. My Attorney out of Pueblo David Roth convincing the DA after being regressed from ICCS, to

grant me a PR Bond, because of my Extreme Impaired Disability. I then went on a 5 day hunger strike at DRDC and forced DOC officials to not only bring a cane through medical, also only 1 dinner tray to my cell the whole time, plus confronted by officials that there medical department that I am not disabled. Having to be moved from LU#24 to LU#21. I was ordered to by CDOC official Ponsetta to travel around the Sterling DOC yard to return to LU #21. To further be relieved of my excruciating pain. As ***strange as it sounds has continued to punish a demonic curse upon my soul, in another sense, while I remain in custody over this urgent legal dispute adamantly patiently waiting to prove my innocence in my appeal, as a curse on my soul, my Aunt not coming through, not knowing or talk to anyone else.***

***I urgently feel having to emphasize my need to file this with you at the earliest convenience, time is of the essence. Between Ms. Herrera and her father Mr. Pacheco having recent heart surgery before we left Pueblo with both her Cognitive Psychological issues as well as mine. I advised my attorney Mr. Wondersy to summon her to a Psychological Evaluation, evidently while I was in custody my words have no power over this, since I am considered and offender of the State.*** Not realizing this at the time. I helped Ms. Williams see the reality of the situation, she won't find a decent respectful fearful man of God in this kind of fallen world. I managed on finding a place of housing to help stabilize both of us on 13th st in Pueblo and attempt to pull Ms. Williams away from the Homeless Shelter on 4th st, when we went to Pueblo.

Little did I know she met someone over at the Shelter when she insisted that she needed her space. As an unfit parent, as with Ms. Herrera/Mr. Pacheco showing up my Court/Trial in addition to my Sentencing hearing to defame my character, and both influence/encourage the Court to punish me further for their immoral behavior, like Ms. Williams did when I was in Custody in PCDC from May 5- Dec 8 2015. Attempting to keep Ms. Williams with me, I got on my knees one day and begged her to come back when I seen Ms. Williams going to Court in Pueblo for something. She turned away being emotionally betrayed/hurt. Determined to get her child Halei back, Ms. Williams was found with her daughter's dad around the beginning of the month of May 2015. When I took the matter in my own hands, I assaulted Mr. Englebert for what Ms. Williams told me what he did to their child at his stepparent's apt.

My Attorney/Public Defender Mr. Wondersy having confidence that he was going to convince the Jury with his colleague at Trial, unfortunately I was found guilty and convicted, patiently waiting for my Appeal to go through, giving the Jury the impression I somehow stuffed a piece of clothing in her 9 yr old child's mouth instead of gracefully preventing him from terrorizing the RV or causing injury to his mother or sister, I truthfully didn't have a choice unless I left the decision up to Ms. Herrera when her right hand was bandaged up for assisting me, and not leaving and forcing her to deal with her 2 kids on her own.

Not having nowhere to go in Pueblo, with no support or limited resources, looking after my own (***health***) , not knowing being in custody or Probation through the Pueblo Court and custody ***greatly hinders my health, serious poor nutrition, detention officers not having a clue or concern what it feels like being considered a convict/offender of the state.*** By protecting myself and women/children. ***God is my witness,*** losing the chance of being incarcerated during my graduation ceremony in 2003. I've been diagnosed with Sclerosis/Cancer in my lower back by Pauline Castillo Primary Care in Pueblo 1401 Anita St. Having to self-medicate in society out of custody. The DA in Pueblo/El Paso County has claimed I've missed UA's to check and call randomly 7/days a week due to being distracted sustaining housing plus attempting to call in and check daily to give UA's randomly stipulations of Probation.

Ultimately I had the kids removed from her immediate care, ***since my (PR Bond) was revoked and was arrested for defending her and her daughter,*** I lost my freedom for the next 3-4 years or Community Corrections decides to accept me, or possible Parole, by the time you receive this. I would not only emphasize this, but highly encourage you to allow God to guide you with this Complaint to the highest Court. I truthfully feel that my Probation should've been reinstated or cleared me of these false accusations, instead was revoked and here I am. To correct my innocence but also to file a complaint of False Imprisonment Ultimately with no sustainable evidence in this case I am currently wasting valuable time for, something in my criminal record from my past incriminates me for this crime I did not do. I am having to defend myself by pointing out the irregularity of the court, wishes to claim I did or said contrary

to the truth. This is far beyond not only inappropriate punishment, but cruel. Doing everything within my will power to obtain housing, with the process of my Financial Security of SSI/SSDI and the financial insurance from my mother's unexpected death with PERA, in addition to this civil prisoner complaint.

I firmly pray you will be obedient to God's Spirit direct this legal dispute where it must go. Myself and Ms. Gonzales. Our help from you remains (*imperative).* Until my Appeal overturns the Jury's decision, not aware of what a person goes through in this world of society, defined as a fallen world. Wrongly advised by my attorney John Wondersy not to testify but highly coordinate with the DA's office. Instead of professionally defend inmates that are mistakenly defined as criminals. As of right now, my Constitutional Right's don't exist. Because of my Psychological, and Physical Impairment, this punishment is beyond unreal that is being held against my soul, as I sit here firmly exhaust burdened soul into your minds. Wasting 7 months from April 28 to Dec 5th 2018, ***until I was transported on a writ from CJC to PCDC on Dec 5 2018 with a female inmate Ms. Gonzales who also witnessed the cruelty in PCDC of my disability for the rest of my sentence that tied to my Pueblo case.*** Here I am. Close to 3 months at ICCS, couldn't tolerate the inconsistencies of their policies, having to be seen at the ER for undernourishment at ICCS. Unexpectedly convincing the DA to grant a PR Bond to my Pueblo Case. I was labeled as uncooperative when I surrendered my freedom to CSPD with a Female CSPD officer, on the contrary that Ms. Herrera gave unauthorized access to my RV to search and hopes of convicting me. Being granted with Probably Cause because of what was given by her in the Police Discovery I still struggle to fully obtain.

My cousin Crystal Fuentes in Pueblo, and the assistance of a distant friend out of state, Brittany Horton residing in Alamogordo NM. I would highly encourage you to recognize such individuals for their grateful hearts of generosity. As I sit here wasting valuable time until my Appeal goes through, I ask and beg, in a faithful way, God will intervene on our behalf, not only to clear my innocence, but ultimately provide a way to prevent any further legal issues from arising. Having to wait for your response, but to help not only Ms. Herrera, but help the Media understand the Court made a horrendous mistake of electing the Jury to wrongfully convict me. Losing my mother was more than enough burden to my soul. Whether or not this would and should be technically considered false imprisonment, failing to influence the younger generation of their morals, allowing them to rule their elders remains an abomination in God's Eyes.

Having to be punished for gracefully defending Ms. Herrera and her daughter, not realizing that she was behind her child's behavior with the assistance of her father. The 1st chance I get on officially sending this Legal Complaint to you of what I've been through. I will not be labeled as a criminal. This is intolerable, to be cruelly and immorally unprofessionally unethically punished. As strange or odd as it sounds, I ask that 2 DOC officials be recognized for their hard work, C. Cavero/Ms. Andrew's.

I was denied and had to stick with Wondersy, and lost at Trial. Unless I was able to afford to pay out of pocket. I didn't have a choice in the matter. ***Both myself and Ms. Herrera, we've made several attempts determined along with her Aunt Rose Mary to (retrieve a program to put the Fear of God in her child, scared straight program) to help prevent him jeopardizing his future. It was thus considered a liability to the community and the Sheriff's Dpt.***

Only ***friend who wrote me while I was in custody Denise N. Hartman/Romero for my charge of Marijuana on School Grounds in 2001, when I was away from the community. Being denied my freedom because of this 1 Felony presently on my record when I originally took the Felony Menacing Probation deal back in December 2015 not having a clue of the repercussions with the cost of this Felony would do to my soul from the District Attorney's office.*** **I refuse to be labeled as a criminal, murderer, terrorist, pedophile/child-molester, and stalker, serial killer. To be removed from the community or society.** Not taking to heart my disability between my mother's insurance company after she lost her life, SSA for removing my financial security of SSI, and for my younger siblings collecting $16,000 from PERA lump sum. I assure you I did nothing wrong to deserve such extreme punishment from the Court of El Paso County whether from Honorable John Schwartz of Pueblo or Div 22 Honorable William Baine. Although the Court, from their *perspective reacting contrary to Mr. Englebert's step-parents directed the threat towards Ms. Shauna Williams.*

*I was acting in defense of her daughter Halei, along with Ms. Claudia Herrera and her daughter*

*Emily from her vicious/hostile son/brother Edward*. Between my beloved friend(s), Marliese Lechuga of New Mexico, and especially Ms. Gonzalez who I met during the transport from CJC to PCDC Dec 5 2018. One thing I do know, and guilty of is, being a fearful man of God, faithful fiancé to the party in my el Paso Case Ms. Herrera who remains responsible for her son's vicious behavior and Marliese Lechuga. Ms. Gonzales who remains and a beloved friend of mine who not only myself but her also are patiently relying and adamant of hearing from you. Sadly we are being misunderstood, the Judicial Court System highly incriminates us individuals. Something we have done from our individual past, in addition to the irregularity of the Court.

We are being held responsible or mistakenly held accountable causing appeals and civil suits against the Court, we are having to defend ourselves against such corruption contrary to the truth. For being extremely punished in a cruel and unusual way physically, psychologically, in addition to my ***impaired learning disorder.*** and the State Unable to convince DA with my case in Pueblo, they ran my Pueblo Case concurrent with the same sentence of El Paso County Case. Not only forcing herself to manipulate the CSPD with her compulsive lies, but to provoke my PR Bond in violation with Pueblo Court and remain in custody and lose at my Trial. In addition to Appeal the Jury decision and overturn my sentence and remain innocent of the accusations.

Pending appearance in Court of my Appeal. Filing Grievance upon grievance from CJC, PCDC, DRDC ultimately DOC here at Sterling CO. Not having a clue of how many individuals are victims of DV/Child Abuse/Molestation. It really messes with a persons' mind, having to be part of the Mental Health World, Health Solutions/Spanish Peaks, because of a fallen world we live in. ***I will need the Court to Summons/Subpoena the rest of the remaining portion of last of this statement remains in the Computer HD of the Resource Room of Mrs. Lockard's/Pre Release Room here at Sterling DOC***. I look forward to hearing from you at your most-earliest possible convenient time.

## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes _x_ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): ____________________

Docket number and court: ____________________

Claims raised: ____________________

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) ____________________

Reasons for dismissal, if dismissed: ____________________

Result on appeal, if appealed: ____________________

## F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_x_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_x_ Yes ___ No (*check one*)

**G. REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

***I would insist that the Court would do what is right in the Eye's of God. I received an email from Jessica Colangelo when I was in college through Clearfield Job Corps, UT. I feel truthfully that for Jolleen M. Montano/George Hertado who Forged the Signatures of our deceased mother Joann V. Lucero/Martin Varela of the vehicle they owned to help obtain the vehicle Ms Montano now owns. After I was taken into custody having complete possession of the vehicle before Mr. Joe Allen Garcia obtained unauthorized possession of vehicle unable to retrieve the keys of vehicle, was tracked down by Trinidad PD by Jolleen Montano and Vicky Mary Lucero claiming false ownership of Mother's vehicle. sometime after I managed to post my bond I was released, Ms. Montano obtained a false protection order against me with false accusations through the Trinidad Police Dept. in addition to the Forged Title that remains in the database of Ford Dealership in Pueblo Colorado. The paperwork of death certificates or Title, Insurance, Registration weren't found. My younger sibling Julian Montano Jr, refused to be seen at the burial services being held for our deceased mother. 11 years.***

***Losing our mother is far more than enough punishment in my eyes. Rather than join the statistics. Writing prayer requests to Prayers for Prisoners International, reaching out to Alice Manson, Brittany Horton in New Mexico, and Herbert Meadows in Colorado Springs CO. In addition to being Codependent, being deprived of my financial security of SSI/SSDI plus the time between 2002-2019 in addition from April 28 2018, currently in custody. The rest of my information is found in Mrs. Lockard's Workgroup Student Computer Network Hard-drive. Along with $16,000 that was received from Public Employee Retirement Association (PERA) paid to Jolleen Marie, Julian Michael Montano Jr. For the wrongful death of our Mother Joann Vivian Lucero August 28, 2008.*** **I refuse to be bullied by any Law Enforcement that operates contrary to the Authority God has designed, Biblically defining that as Corruption of Evil deeds/Standards.**

**I must re-emphasize this unresolved matter priority in the Eyes of God, with feeling no (remorse). With hospital expenses, repossessing my impounded RV from CSPD, *obtainingLife Alert, Protection 1, etc.*** *Justice for Joseph Pacheco, Claudia Herrera, Jolleen Montano, Julian Montano Jr. I ask in addition to investigate the case for Mrs. Gonzales, Robert Griffith/Employment Front Range Decks Home Improvement 719 663 3866. Brittany Horton Alamogordo NM, Crystal Fuentes Pueblo CO. Rosemary Pacheco 1102/1102 Troy Pueblo CO, who remains a witness to her niece Ms. Herrera and her child Edward's delinquent behavior.* **In addition to my mother's unexpected and wrongful death, Aug 28 2008. I personally request the court, to further investigate this unresolved burden.** ***I specifically insist/request Justice/compensation since 2002 of my SSI check being stopped. If possible for the Court to Compensate for Hospital Fees, Housing, $13, 609,000. Filing grievancs in CJC, being transported to Hospitals of El Paso County from CJC and ICCS, along with my PR Bond when I was released in 2017.***

*I specifically insist/request Justice/Compensation since 2002 of my SSI check being stopped. Filing multiple grievances in CJC. Going to Memorial Hospital from CJC, poor nutrition while in custody having to be seen at Parkview Hospital for the same issue from ICCS, unable to fend for myself.* I strongly feel that Mr. Honorable William Baine and the State of Colorado has punished me to far, instead of remaining innocent of these charges and releasing me. I am sentenced here to DOC, unlawfully punished. By

protecting Ms. Herrera and her daughter Emily, Ms. Williams/daughter Halei. God is my witness, losing the chance to appear at my graduation ceremony in 2003, getting caught up and arrested attempting to look after my younger sibling Julian Montano Jr. Ultimately resulting a mistake and being taken into custody resisting arrest. I see clearly how the abuse of power within the law enforcement has turned out. What extent must I go with this, to address this issue with the county commissioner's office, who elected Honorable William Baine, but to bring Justice. For Heaven's sake, I not only request that my freedom be granted, have personal security, (Alert Life), possibly remove such individuals from office, remove this Felony with my record sealed.

This is far beyond inappropriate punishment, trying to sustain housing, in process of my Financial Security/SSI/SSDI. My help from you remains imperative, and highly vital. Until my Appeal overturns Mr. Williams Baine's decision not fully aware of what I've been through or anyone else, perhaps going through our record, in the Eye's of God.

Who is behind our Mother's death in Aug 2008 trying to intervene and calm her son down and was pushed back toward a set of drums in Bent County, this incident was never reported. Witnesses Veronica Crawford, Joe Allen Garcia, Jessica Colangelo.

## H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

[signature]
(Plaintiff's signature)

3-28-19
(Date)

(Form Revised December 2017)

Albert Lucero
Reg. #182966
Sterling Correctional Facility
P. O. Box 6000
Sterling, CO 80751

February ~~6~~ 23, 2019

Dear Mrs. Roseanna Torres:

I am writing this to you inquiring my Med-9 form to confirm my Disability. I am having a tremendous burden having to write and grieve the American Disability Association. I am dealing with some serious legal issues. I won't be seeing you in person until these legal matters are addressed. You are my only link to confirming my disability. I have no other way of contacting you. My Qwest Card will have to be on hold until further notice. I am having extreme issues on contacting my disability lawyer and having no contact with anyone. This might be the only letter I can write to you. I could either email or possibly send it to you with return address to direct it to the attention of Medical.

I'm in great need of your assistance for the accommodation of my disability. I need a temporary wheelchair until I can resolve my extreme legal issues. I did mention my phone calls to you, in regards to my extreme legal issues in the past. I will have made a note of this letter to you when it finally reaches you. I caught a case in Colorado Springs with the lady and the 2 kids I was attempting to add on my Food Stamps. Unfortunately I am taking this to the Federal Court with my Legal Suit. Please make note of this. As I have every intention to clear my name and stay out of these important matters to further prevent me from addressing my housing or disability. I appreciate any assistance that you can provide until you hear from me.

I lost at Trial and I will be further punished at this address, and will further resolve this legal burden by this Class Action Lawsuit. I'm currently in process of filing immediately following this letter being sent to you inquiring my Med-9 form. Please contact my Cousin Crystal Fuentes at 719-582-3717 or 1718 Abriendo, Pueblo, CO 81003. I don't have much freedom except through this letter. For the record, I am documenting every incident since the time I called you in NM, at ICCS since you became my caseworker. Please inform your boss/supervisor that I need your immediate assistance. The kids have been placed, hopefully, permanently in Foster Care because of the legal battle I'm having to resolve, with Mrs. Claudia Herrera.

I hope to hear back from you as soon as possible. Thank you for all of your time and attention concerning this matter.

Sincerely,

____________________

Albert Lucero

3-21-19
22 1:44pm

Hello im albert lucero this letter is me being an ADA offender that just was denied a 1/2 wayhouse approval today on 3-22-19. I asked my case manager whats the reason I was denied and she said there is no reason; you are just denied. I'm being ilegally mistreated as an ADA with mental-illness. I was regressed from the pueblo colorado ICCS in 2016 for not completeing a 90 days drug & alcohol program. But that was 3 years ago. I'm suppose to have a C.DOC facility approved medical wheelchair Because I have lower spine lumbar cancer sclorosis cancer. So now I have a CDOC walking-cane only and it's very difficult for me to walk in the snow and rain accross the prison yard to the dining-hall 3 times a day with alot of spine pain and muscle cramps. So I want to be approved for a 1/2 wayhouse. Or at least be told why I can't go to a 1/2 wayhouse. I've sent letters to this prison warden hanson and senior case manager III miss hickok and C.DOC inspector general and the colorado state attorney general and the C.D.O.C. commissioner and executive director about this ilegallity being done to me in C.D.O.C. I need a wheelchair like I had at the criminal justice center in colorado springs el paso county and also at the Denver

Reception Diagnostic Center. and then it was taken away from me here at sterling correctional facility and my last 2 days at DRDC on 12-28 $ 29-2018. So now im without a wheel-chair and denied a 1/2 wayhouse approval for no reason my case manager donna tavener has told me today 3-22-2019. Now also a Dr pauline castillo that is employed at Pauline Castello Primary Care at 1401 anita st. in pueblo colorado. Has confirmed and diagnosed me with spine-sclotosis cancer in 2014. But now the CDOC only allows me a walking-cane, that I hold with with both of my hands and lean over it and I waddle walk in a snow-blizzard or rain or sunshine to the prison dining hall about a 15 to 20 minutes walk for me at 6:30 a.m., $ 12:30 p.m., $ 5:30 p.m. so I can eat meals daily. I need a OCA wheelchair attendant. So now I just suffer in alot of spine-pain everyday. I can barely walk and I fell on the slippery snow & ice sidewalk a few weeks ago; trying to walk to the dining hall to eat. I want to sue CDOC and Pauline Castillo Primary Care for violations of the U.S.C-ADA. for cruel $ unusual punishment $ medical malpractice $ medical indifference of the ADA. I suffer 3 times worse than the average inmates.

3-21-19

Im mailing this identical photo-stat copies letters to senator gardner - governor polis, - C.D.O.C commissioner, executive director DEAN WILLIAMS, - inspector general, & attorney general of colorado state - sterling correctional facility warden hanson - ADA attorney firm; and to the el-paso county judge william baine. that sentenced me in his courtroom, - while i was sitting in a el-paso county jail medical-wheelchair. ive had this letter notary-public stamped and signed by the sterling correctional facility law library-supervisor.

DENIED DIFFERENT CM BY HICKOX
3:35/3/25/19

I was also sitting in the el-paso county jail medical wheelchair. During the two days trial of october 2018, the first week of october 2018. In front of the judge in a wheelchair.

I can barely hardly walk. i hold onto the top of the cane handle with both hands in front of me and i use my green prison knit-cap as a grip-cushion. and i waddle walk as i stab the cane-rubber-end cap on the floors and sidewalks, about 20 inches per step. The warden has closed the gym, where the ADA exercise equipment is, - for 5 weeks now. Because there's not enough C.O.'s working in this prison in sterling. and ive also been denied a ADA ½ wayhouse approval acceptance into comcorde community corrections as of 3-21-2019.

over >

Now also; all of the ADA veterans, & ADA offenders. Have to stand outside the medication window pharmacy door. when it's snowing and -3° or -7° or below 20° wet temperature; at 6:00 a.m. & 12:00 p.m. & 6 or 7:00 p.m.; or when it's raining and very windy blizzard. But the first 6 inmates can stand in the 20 feet inside hallway of the medication pharmacy window; where's there's heat from the ventilation-vent. But all the other 50 to 100 inmates; mixed with ADA inmates in wheelchairs, or walkers, or canes, or crutches; have to freeze outside; or get soaking wet, waiting for a 1/2 hour to 45 minutes or sometimes an hour to get their medicine at the pharmacy window. Their should be a 200 feet heated fabricated tunnel hallway from the pharmacy window 20 feet hallway that only fits about 6-8 people, & the C.O. hallway Down alongside of the outside metal wall, where everybody stands freezing or wet. Waiting to get their medicine 3 times a day; every day - year after year. That are sick people; in this prison torture cage.

The correction officers here will spray pepper mace on inmates with no hesitation, & quickly, or; also use their tasers electricution guns and put handcuffs on prisoners and put them in solitary segregation. And then the C.O.'s will lie about what really happened to the watch commander and also write lies in the report and inmate infraction COPD Code of Penal Discipline of C.D.O.C.

| | |
|---|---|
| District Court El Paso County, Colorado<br>Court Address:<br>270 S Tejon Street<br>Colorado Springs, CO 80903 | |
| People of the State of Colorado<br><br>v.<br><br>Albert Lucero<br>Defendent | ▲ COURT USE ONLY ▲ |
| Attorney or Party Without Attorney (Name and Address) Albert Lucero #182966 Pro Se<br>Sterling Correctional Facility<br>P. O. Box 6000<br>Sterling, CO 80751 | Case Number: 18 C. R. 2447<br><br>Division Courtroom |

**MOTION TO CORRECT AN ILLEGAL SENTENCE PURSUANT TO C. R. CRIM. P. 35 (a)**

COMES NOW, the Defendant pro se, and respectfully requests that this Honorable court will issue its order to correct the sentence in this matter. In support of this motion the Defendant states:

1) Defendant was sentenced on November 28, 2018 to a term of 2 to 4 years in the Department of Corrections for the offense of Felony Menacing, a class 5 felony;

2) This Court retains jurisdiction over the defendant and the subject matter pursuant to C.R. Crim. P. 35 (a);

3) For a class 5 felony, C.R.S. 18-1.3-401(1)(a)(5)(A) describes a presumptive range of 2 to 4 years;

4) The mittimus contains no special finding of aggravation or extraordinary circumstances; This court found no extraordinary aggravating circumstances in accord with C.R.S. 18-1.3-401 (8) or C.R.S. 18-1.3-406 and the record supports no such circumstances.

WHEREFORE, the Defendant prays that this Court issue its Order correcting the defendant's sentence and issuing an amended mittimus to the Colorado Department of Corrections.

Respectfully submitted this 28th day of March, 2019.

____________________________
Albert Lucero

CERTIFICATE OF MAILING

I certify that on this 28th day of March, 2019, that a true and correct copy of the above and foregoing MOTION TO CORRECT ILLEGAL SENTENCE was deposited in the U.S. Mail, postage pre-paid and addressed to the following:

El Paso County District Attorney
Street Address
City, State, Zip

______________________________

Albert Lucero DOC#182966

AR Form 750-01B (11/15/17)

# Legal Access Program Photocopy Request Form

LAST NAME: LUCERO FIRST INITIAL: A DOC #: 182966
FACILITY: STERLING UNIT/TIER/CELL: 21/C6 DATE SUBMITTED: 3-28
LIST THE DATE OF ANY **COURT IMPOSED DEADLINE**: ____________

A signed and completed miscellaneous withdrawal slip must accompany this request.
Please list each document to be copied on separate lines and include description, number of pages you are submitting, and number of copies you are requesting. Incomplete forms will be returned or denied.

| DESCRIPTION OF DOCUMENTS SUBMITTED - LUCERO #182966 | # PAGES SUBMITTED | # COPIES REQUESTED | # COPIES APPROVED |
|---|---|---|---|
| 1 MOTION TO CORRECT ILLEGAL SENTENCE | 2 | 2 | 4 |
| 2 35(a) | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

OFFENDER SIGNATURE **(REQUIRED)** [signature]

**DO NOT WRITE BELOW THIS LINE – OFFICIAL USE ONLY**

NUMBER OF PAGES RECEIVED: 2 CHARGE TO ACCOUNT: $ 1.00
NUMBER OF PAGES RECEIVED IN PROCESSING LAW LIBRARY: 2
DATE RECEIVED AT SENDING FACILITY: 3/28/19
DATE RECEIVED IN PROCESSING LAW LIBRARY: 3/28/19
DATE COMPLETED: 3/28/19

METER END: 17635 DOC EMPLOYEE/CLERK PHOTOCOPIER INITIALS: ________
METER BEGIN: 17630
TOTAL COPIES: 5
ADMINISTRATIVE COPIES: 1
TOTAL COPIES TO OFFENDER: 4 **DATE DENIED**: ____________

Your request has been **DENIED** ________ in whole ________ in part for the following reasons:

____Your request form was not properly completed (Missing required signature, last name, first initial, full cell location, facility, unit, tier, cell, DOC #, date, etc.)
____Letters are not permitted to be typed, saved, printed or copied.
____The material you have submitted does not meet program definitions of legal material, as described in AR 750-01.
____Your photocopy request exceeds the page limit established by the Legal Access Program (see attached). Also see posted photocopy policies.
____Regardless of your ability to pay, you will be supplied only the required number of copies as dictated by court rule or statute. Your request is in excess of those requirements (see attached). Also see posted photocopy policies.
____You have not submitted the documents to be copied.
____You must submit a completed miscellaneous withdrawal ticket with your request, regardless of indigence status.
____Attachments/exhibits to a document must be submitted with the original document, even if the original is not being copied.
____You do not have sufficient funds to receive copies or printouts of documents outside the areas of habeas corpus, post conviction relief, or civil rights related to conditions of confinement. Requests for copies listed on the Auxiliary Copy Sheet and pages printed from Lexis Nexis will only be honored if you have sufficient funds in inmate banking account to pay for them.
____Your account is in arrears for at least $500. See AR 750-01 for additional information.
____The Legal Access Program will not copy ARs, IAs, OMs, case law, statutes, court rules, session laws, or material contained in the law library, even as attachments/exhibits.(Exception for non-published case law to be attached to a pleading.)
____The Legal Access Program will not copy transcripts, electronic or paper media, including but not limited to transcripts, court records, and discovery from courts or attorneys, incomplete documents, altered documents, and/or blank forms.
____The Legal Access Program will not copy non-original documents, previously-copied documents, incoming correspondence, or documents (account statements, mittimus. etc.), grievances, COPD appeals; except as exhibits attached to an original pleading being filed with the court. Your pleading must include a statement referring to the attached exhibits in order for them to be copied.
____The Legal Access Program will not copy documents which have any substance on them (such as dirt, food, coffee, hair, bodily secretions, glue, tape, toothpaste, etc.
____You must show the Legal Assistant your IFP or 1915 motion to receive 6 month account statements.
____Documents containing UCC/Sovereign citizen statements or signatures will not be copied, nor printed from, or saved on, law library computers.
____You may bring your request into compliance and resubmit.
____Other________________________



20052

DC Form 200-2C (03/01/16)

**Miscellaneous Withdrawal Ticket**

Date 3-28-19 Amount $1.00

Offender No. 182966 Fac. STERLING Unit 21

Offender Name LUCERO ALBERT

Reason for Transaction LEGAL COPIES

I hereby authorize this amount to be deducted from my account.

Staff Authorization:

Printed Name CANFIELD

Signature [signature]

Offender Signature [signature]

20003

LUCERO ALBERT #182966
LU#21 STERLING CORRECTIONAL FACILITY
PO BOX 6000
STERLING, CO 80751

U.S. POSTAGE PITNEY BOWES
ZIP 80751 $ 001.90⁰
02 1W
0001365920 APR 01 2019

LEGAL MAIL

CLERK OF COURT
ALFRED A ARRAJ
UNITED STATES COURTHOUSE
901 19TH ST ROOM A105
DENVER, CO 80294-3589

Restri... Inspection Mail Stamp

SCF
FACILITY

3/31/19
DATE REC'D

Kunk
DOC EMPLOYEE LAST NAME

9578
ID#

INT

182966
DOC#

Lucero
OFFENDER LAST NAME

INT

FACILITY DATE REC'D

STAFF LAST NAME ID # INT

DOC # OFFENDER LAST NAME INT